UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHARON BARRETT,<br><br>             Plaintiff,<br><br>      v.<br><br>CUSHMAN & WAKEFIELD U.S., INC., et al.,<br><br>             Defendants. | Case No.  21-cv-07114-VKD<br><br>**ORDER EXTENDING DEADLINES RE DISMISSAL**<br><br>Re: Dkt. No. 41 |

Based on defendant's December 6, 2022 response (Dkt. No. 41), the Court extends the deadlines in the November 4, 2022 Order to Show Cause re Settlement (Dkt. No. 36) as follows:

On or before **January 13, 2023**, a stipulated dismissal shall be filed pursuant to Fed. R. Civ. P. 41(a)(1).  If a dismissal is not filed by the specified date, then the parties shall appear in Courtroom 2, 5th Floor, 280 South First Street, San Jose, California 95113 on **January 17, 2023 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a).

If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

**IT IS SO ORDERED.**

Dated: December 7, 2022

VIRGINIA K. DEMARCHI
United States Magistrate Judge