**VEDDER PRICE (CA), LLP**
Sheryl Lyn Skibbe, Bar No. 199441
sskibbe@vedderprice.com
Osaama Saifi, Bar No. 309172
osaifi@vedderprice.com
1925 Century Park East, Suite 1900
Los Angeles, California 90067
T: +1 424 204 7700
F: +1 424 204 7702

Attorneys for Defendants
CUSHMAN & WAKEFIELD U.S., INC.,
RAUL C. CAMPOS, CAMPOS REAL ESTATE
ADVISORY, INC. and KENNETH J. GILBERT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHARON BARRETT,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CUSHMAN & WAKEFIELD U.S., INC.,<br>RAUL C. CAMPOS, CAMPOS REAL<br>ESTATE ADVISORY, INC. and<br>KENNETH J. GILBERT,<br><br>　　　　　Defendants. | Case No. 5:21-CV-07114-VKD<br><br>**JOINT STIPULATION FOR<br>DISMISSAL WITH PREJUDICE**<br><br>Filed:　　　September 14, 2021<br>Judge:　　　Hon. Virginia K. DeMarchi<br>Trial Date: April 19, 2023 |

Plaintiff Sharon Barrett ("Plaintiff") and Defendants Cushman & Wakefield U.S., Inc., Raul C. Campos, Campos Real Estate Advisory, Inc. and Kenneth J. Gilbert ("Defendants") (collectively, "the Parties"), by and through their respective attorneys of record, hereby stipulate and agree to the following:

Whereas, on September 14, 2021, Plaintiff filed the instant action against Defendants in the United States District Court, Northern District of California, in which Plaintiff alleged various claims against each of the Defendants.

Whereas, on May 4, 2022, the Parties engaged in mediation with mediator Arthur M. Eidelhoch, which did not immediately result in a settlement.

Whereas, the Parties continued to discuss settlement and subsequently accepted the mediator's proposal to settle the instant action.

Whereas, the Parties have reached an agreement to resolve this lawsuit in its entirety.

**THE PARTIES AGREE AND STIPULATE** to the following:

1.  The Parties hereby stipulate and agree that the matter between them has been resolved.

2.  Therefore, pursuant to Rule 41, subsection (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties stipulate and agree that this action should be immediately dismissed with prejudice, with each party to bear its respective costs and attorneys' fees.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: December 27, 2022 | VEDDER PRICE (CA), LLP |
| 2 | | |
| 3 | | By: /s/ Osaama Saifi |
| 4 | | Sheryl Skibbe[1] |
|   | | Osaama Saifi |
| 5 | | |
| 6 | | Attorneys for Defendants |
|   | | CUSHMAN & WAKEFIELD U.S., INC., |
| 7 | | RAUL C. CAMPOS, CAMPOS REAL ESTATE ADVISORY, INC. and |
| 8 | | KENNETH J. GILBERT |
| 9 | Dated: December 23, 2022 | COSTANZO LAW FIRM |
| 10 | | |
| 11 | | By: [signature] |
|   | | Lori J. Costanzo |
| 12 | | Lucy Goodnough |
| 13 | | |
|   | | Attorneys for Plaintiff |
| 14 | | SHARON BARRETT |

---

[1] Counsel attests per L.R. 5-4.3.4(a)(2)(i) that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.